# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRUCE HARRISON BIRCH,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 77037 |
| BRUCE HARRISON BIRCH,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 77038 |
| BRUCE HARRISON BIRCH,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 77039 |

FILED

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to convert fines to jail time. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to convert fine to jail time, we lack jurisdiction.

18-40268

*Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____ *Cherry* , J.
Cherry

_____ *Parraguirre* , J.          _____ *Stiglich* , J.
Parraguirre                                          Stiglich

cc:    Hon. Egan K. Walker, District Judge
       Bruce Harrison Birch
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk